IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390 |
| | : | |
| EDWIN PAWLOWSKI | : | |
| SCOTT ALLINSON | : | |
| JAMES HICKEY | | |

## SCHEDULING ORDER

AND NOW, this 14th day of August, 2017, following a telephone conference and pursuant to Federal Rule of Criminal Procedure 17.1, it is ORDERED:

1. This case is SPECIALLY LISTED for trial on **January 16, 2018, at 9:00 a.m. in** United States Courthouse, in either Allentown, Pennsylvania or Philadelphia, Pennsylvania.

2. The following attorneys are ATTACHED for trial as of August 10, 2017:

   • Assistant United States Attorney Anthony Wzorek, Esq. and Michelle Moran, for the Government;

   • John J. McMahon, Jr., Esq., for Defendant Pawloski;

   • Megan Scheib, Esq. and William J. Winning, Esq., for Defendant Allinson; and

   • James M. Polyak, Esq. for Defendant Hickey.

3. The Government shall provide Defendants with all available discovery materials to which they are entitled by September 15, 2017. In the event the Government becomes aware of additional discovery material or previously known material becomes available to which the Defendants are entitled, the Government shall provide such material to Defendants within 5 days of its discovery or availability.

4.   Defendants shall file any motion requesting specific additional discovery, as well as any motion challenging the indictment, seeking suppression of evidence, or raising any dispositive matters on or before November 9, 2017. The Government shall respond to any such motions by November 20, 2017. Upon the filing of any such motion, the parties shall advise the Court whether a hearing is necessary on the motion and, if so, the expected duration of the hearing. If a hearing is requested, the party requesting the hearing shall submit a proposed order scheduling the hearing which indicates the expected duration of the hearing, with the specific date and time of the hearing to be completed by the Court. A suppression hearing or hearing on any other motion in this paragraph shall be held on November 28, 2017, at 9:00 a.m.

5.   On or before December 7, 2017, the Government shall file, and Defendants are encouraged to file, with one copy delivered to Judge Sánchez's Chambers, Room 11614, and one copy sent in Microsoft Word format by email to sanchezdocs@paed.uscourts.gov the following:

- Motions in limine, if any;
- Proposed jury voir dire questions;
- Proposed jury instructions with citations of authority for each instruction and one instruction per page;[1]
- Proposed verdict slip; and
- A trial memorandum.

6.   Responses to motions in limine shall be filed by December 21, 2017.

7.   A final pretrial conference shall be held on **January 4, 2018, at 10:00 a.m.** in Courtroom 11A to address the parties' motions in limine, including any *Starks* or *Daubert*

---

[1] If a model jury instruction is submitted, the proponent shall cite the model instruction and shall state whether the proposed instruction is unchanged or modified. If a party modifies a model jury instruction, any language added shall be underlined and any language deleted shall be placed in brackets.

motions, and any other outstanding pretrial matters, except the motions addressed in paragraph 4 above.

8. In the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the expert's curriculum vitae and expert report at least 10 days before trial.

9. No requests for a continuance shall be granted.

BY THE COURT:

_____
Juan R. Sánchez, J.