IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390 |
| | : | |
| EDWIN PAWLOWSKI | : | |
| SCOTT ALLINSON | : | |
| JAMES HICKEY | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this 21st day of September, 2017, it is ORDERED the schedule in the above-captioned matter is AMENDED as follows:

- The trial in this case shall be held in **Allentown, Pennsylvania**.[1]

- Jury selection shall take place in the United States Courthouse in **Philadelphia, Pennsylvania**, commencing on **January 16, 2018, at 9:00 a.m.**

- To mitigate any inconvenience to counsel from holding the trial in Allentown, trial will be held Mondays through Thursdays, with Fridays off.

All other dates and procedures set forth in the August 14, 2017, Scheduling Order shall remain unchanged.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Notwithstanding the concerns raised by counsel in their letter briefs to the Court, the Court finds it is in the public interest that the trial in this case—which involves matters of importance to the citizens of Allentown—be held in Allentown.