IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-390-3 |
| | : | |
| JAMES HICKEY | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-391-3 |
| | : | |
| JAMES HICKEY | : | |

## **ORDER**

AND NOW, this 13th day of November, 2017, it is ORDERED James M. Polyak, Esq.'s Motion to Withdraw as Counsel in each of the above-captioned criminal actions (Document 29 in No. 17-390-3 and Document 39 in No. 17-391-3) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.