# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:17-cr-00390-3-JS |
| James Hickey | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Hickey.

Date: 11/15/2017

/s/ Robert E. Goldman
*Attorney's signature*

Robert E. Goldman, Esquire #25340
*Printed name and bar number*

535 Hamilton St, Suite 302
Allentown, PA 18101

*Address*

reg@bobgoldmanlaw.com
*E-mail address*

(610) 841-3876
*Telephone number*

(215) 933-6902
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 5:17-cr-00390-3-JS |
| v. | : | |
| | : | |
| JAMES HICKEY | : | Honorable Juan R. Sanchez |

## CERTIFICATE OF SERVICE

I, Robert E. Goldman, Esquire, do hereby certify that I did serve a true and correct copy of the foregoing *Appearance of Counsel* on the following individuals by ECF:

AUSA Anthony Wzorek
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

AUSA Michelle Morgan
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

James M. Polyak, Esquire
645 Penn Street, Suite 500
Reading, PA 19601


Dated: November 15, 2017          By: _____
                                  Robert E. Goldman, Esquire
                                  PA ID #25340
                                  535 Hamilton Street, Suite 302
                                  Allentown, PA 18101
                                  (610) 841-3876
                                  reg@bobgoldmanlaw.com
                                  Counsel for Defendant James Hickey